FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3362-L |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| MIGUEL ANGEL MOLINA-AVILA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 9, 2007, within the Southern District of California, defendant MIGUEL ANGEL MOLINA-AVILA, did knowingly and intentionally import approximately 1,000 kilograms or more, to wit: approximately 8,031.34 kilograms (approximately 17,701.07 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>December 13, 2007</u>.

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:Imperial
12/12/07