AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIGUEL ANGEL MOLINA-AVILA | CASE NUMBER: 07CR3362-L |

I, MIGUEL ANGEL MOLINA-AVILA, the above-named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony). Being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  12-13-07  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Miguel A. Molina_
Defendant

_/s/_
Defense Counsel

Before _/s/_
Judicial Officer

FILED
DEC 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY