```
 1  Frank A. Balistrieri
    Attorney at Law
 2  CSB #93338
    105 West F Street, Suite 215
 3  San Diego, CA 92101
    Telephone:(619) 881-7487
 4

 5  Attorneys for Defendant, MIGUEL ANGEL MOLINA-AVILA

 6

 7
                        UNITED STATES DISTRICT COURT
 8
                       SOUTHERN DISTRICT OF CALIFORNIA
 9
                         (HONORABLE M.JAMES LORENZ)
10

11
    UNITED STATES OF AMERICA,      )   Case No. 07-CR-03362-001-L
12                                 )
          Plaintiff,                )
13                                 )
    v.                             )
14                                 )
    MIGUEL ANGEL MOLINA-AVILA,     )   JOINT MOTION TO CONTINUE
15                                 )   SENTENCING HEARING
          Defendant.                )
16                                 )
                                   )
17                                 )
                                   )
18                                 )
                                   )
19                                 )
                                   )
20                                 )
                                   )
21                                 )
   _____)
22

23       Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN**

24  **THE PARTIES**, Frank A. Balistrieri, counsel for MIGUEL ANGEL

25  MOLINA-AVILA, along with Assistant United States Attorney

26  Charlotte Kaiser, that the sentencing hearing set for March 17,

27  2008, at 8:30 a.m., be rescheduled to May 19, 2008, at 8:30 a.m.

28
```

|     |                              |                                   |
|-----|------------------------------|-----------------------------------|
| 1   |                              | Respectfully submitted,           |
| 2   | Dated: March 10, 2008        | /s/Frank A. Balistrieri           |
|     |                              | Frank A. Balistrieri,             |
| 3   |                              | Attorney for Defendant,           |
|     |                              | MIGUEL ANGEL MOLINA-AVILA         |
| 6   | Dated: March 10, 2008        | /s/Charlotte Kaiser               |
|     |                              | Charlotte Kaiser,                 |
| 7   |                              | Assistant United States Attorney  |

CERTIFICATION OF SERVICE

I, Frank A. Balistrieri, hereby certify to the best of my information and belief that by having e-filed the "Joint Motion To Continue Sentencing Hearing", I have caused a copy of same to be served via electronic mail upon the following:

Charlotte.kaiser@usdoj.gov
efile.dkt.gc2@usdoj.gov


Dated: March 10, 2008                Respectfully submitted,

                                     /s/Frank A.Balistrieri
                                     Frank A. Balistrieri,
                                     Attorney for
                                     MIGUEL ANGEL MOLINA-AVILA